UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-90 RM |
| ) | |
| TIMOTHY ALLEN LEWIS ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 31, 2012 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Timothy Lewis's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the superseding indictment, in violation of 21 U.S.C. § 841(a)(1) and (b) and 18 U.S.C. § 924(c)(1)(A).

SO ORDERED.

ENTERED:   November 26, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court